■ RALPH CATALDO, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 71846.)—In a claim to recover damages for personal injuries, the claimant appeals from a judgment of the Court of Claims (McCabe, J.), dated November 19, 1987, which, after a nonjury trial, dismissed his claim.

Ordered that the judgment is affirmed, with costs, for reasons stated by McCabe, J., in the Court of Claims. Brown, J. P., Lawrence, Eiber and Sullivan, JJ., concur.